IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CHARLOTTE; COUNTY OF MECKLENBURG; RANDALL W. KERRICK, both individually and in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department; and RODNEY MONROE, in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department, <br><br> Defendants. | CIVIL ACTION NO.: 3:14-cv-47 <br><br> **ORDER** |

**THIS MATTER** is before the Court on Defendant Kerrick's Motion for Extension of Time to Answer (Doc. No. 3), Defendant County of Mecklenburg's Motion for Extension of Time to Answer (Doc. No. 6), and Defendants Monroe and City of Charlotte's Motion for Extension of Time to Answer (Doc. No. 7). Defendants ask the Court to extend the time to answer Plaintiff's Complaint to 30 days beyond the Court's ruling on Defendants' Motion to Stay (Doc. No. 4). For good cause shown, their motions are **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants shall have up to and including 30 days after the Court issues a ruling on Defendants' Motion to Stay in which to answer the Complaint.

**SO ORDERED.**

Signed: February 19, 2014

Graham C. Mullen
United States District Judge