IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHARLOTTE; COUNTY OF MECKLENBURG; RANDALL W. KERRICK, both individually and in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department; and RODNEY MONROE, in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department,<br><br>Defendants. | CIVIL ACTION NO.: 3:14-cv-47<br><br>**ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion to Stay (Doc. No. 4), Plaintiff's Response (Doc. No. 10), and Defendants' Reply (Doc. No. 14). The Court will conduct a hearing on this matter on **Thursday, April 24, 2014 at 11 a.m. in Courtroom 3** in the Charlotte Division. In connection therewith, the Court will consider whether any portion of this case should go forward in light of the Fifth Amendment and other concerns raised in Defendants' Motion.

**SO ORDERED.**

Signed: April 16, 2014

Graham C. Mullen
United States District Judge