**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHARLOTTE; COUNTY OF MECKLENBURG; RANDALL W. KERRICK, both individually and in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department; and RODNEY MONROE, in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department,<br><br>Defendants. | CIVIL ACTION NO.: 3:14-cv-47<br><br>**ORDER** |

**THIS MATTER** is before the Court *sua sponte*. The Court previously ordered a hearing on Defendants' Motion to Stay (Doc. No. 4) for April 24, 2014. Due to numerous scheduling conflicts among the parties, that hearing is postponed. The Court will re-set the hearing at a later date.

**SO ORDERED.**

Signed: April 17, 2014

Graham C. Mullen
United States District Judge