IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY OF CHARLOTTE; COUNTY OF MECKLENBURG; RANDALL W. KERRICK, both individually and in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department; and RODNEY MONROE, in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department,<br><br>　　Defendants. | CIVIL ACTION NO.: 3:14-cv-47<br><br><br>**<u>ORDER</u>** |

**THIS MATTER** is before the Court *sua sponte*. The Court previously set a hearing on Defendants' Motion to Stay (Doc No. 15), and then postponed that hearing due to scheduling conflicts among the parties (Doc. No. 16). Having now conferred with the parties, the Court will re-set the hearing for **Tuesday May 13, 2014 at 2 p.m. in Courtroom 3** in the Charlotte Division. Once again, the Court will consider at the hearing whether any portion of this case should go forward in light of the Fifth Amendment and other concerns raised in Defendants' Motion (Doc. No. 4).

**SO ORDERED.**

Signed: April 22, 2014

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge