IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-47-GCM

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix ) | |
| of the Estate of A.P. Ferrell, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CITY OF CHARLOTTE, *et al*, ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Christopher M. Chestnut,** filed June 10, 2014 [doc. # 21].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Chestnut is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Georgia Ferrell, as Administratix of the Estate of A.P. Ferrell.

**IT IS SO ORDERED.**

Signed: June 12, 2014

Graham C. Mullen
United States District Judge