**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL, | CIVIL ACTION NO.: 3:14-cv-47 |
| Plaintiff, | |
| vs. | **ORDER** |
| CITY OF CHARLOTTE; COUNTY OF MECKLENBURG; RANDALL W. KERRICK, both individually and in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department; and RODNEY MONROE, in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department, | |
| Defendants. | |

 **THIS MATTER** is before the Court regarding the parties' Report of Initial Attorney Conference and Discovery Plan (Doc. No. 28). The parties request a status conference with the Court prior to entry of the scheduling order.

 **IT IS THEREFORE ORDERED** that the Court will conduct a status conference in this case on **Tuesday September 23, 2014 at 11 a.m. in Courtroom 3** in the Charlotte Division.

**SO ORDERED.**

Signed: September 5, 2014

Graham C. Mullen
United States District Judge