# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHARLOTTE; COUNTY OF MECKLENBURG; RANDALL W. KERRICK, both individually and in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department; and RODNEY MONROE, in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department,<br><br>Defendants. | CIVIL ACTION NO.: 3:14-cv-47<br><br>**ORDER** |

**THIS MATTER** is before the Court regarding the parties' Report of Initial Attorney Conference and Discovery Plan (Doc. No. 28), wherein the parties requested a status conference with the Court prior to entry of the scheduling order. On September 5, the Court ordered a status conference for September 23. Due to scheduling conflicts among the attorneys in this case, the Court will now reschedule that conference for October 6, 2014.

**IT IS THEREFORE ORDERED** that the Court will conduct a status conference in this case on **Monday October 6, 2014 at 3 p.m. in Courtroom 3** in the Charlotte Division.

**SO ORDERED.**

Signed: September 23, 2014

Graham C. Mullen
United States District Judge