**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

Civil Action No. 3:14-CV-00047 - GCM

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE, *et al.*,<br><br>           Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Extension of Deadlines (Doc. No. 37). The parties request a sixty-day extension of the deadlines in the Court's Pre-trial Order and Case Management Plan (Doc. No. 33) and show unto the Court that (1) discovery in this case has been voluminous, and (2) the delay in Defendant Kerrick's criminal case has not allowed the commencement of discovery as to him. For these reasons, as well as the additional reasons stated in the motion, the Court finds that the request is supported by good cause and the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the discovery deadlines contained in the Court's Pre-trial Order and Case Management Plan (Doc. No. 33) are hereby extended as follows:

Deadline for completion of discovery:       **June 1, 2015**

Deadline for reports from retained experts:   **June 30, 2015** (Plaintiff)

                                                                  **September 14, 2015** (Defendants)

Deadline for ADR:                         **August 31, 2015**

Dispositive motions deadline: **September 30, 2015**

**SO ORDERED.**

Signed: March 9, 2015

Graham C. Mullen
United States District Judge