# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**Civil Action No. 3:14-CV-47**

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHARLOTTE; COUNTY OF MECKLENBURG; RANDALL W. KERRICK, in his individual and official capacities; and RODNEY A. MONROE, in his official capacity only, <br><br> Defendants. | **PROTECTIVE ORDER** |

**THIS MATTER** is before the Court on Plaintiff's and Defendants' Joint Motion for Extension of Protective Order (Doc. No. 42). After reviewing the Order and noting both parties consent to its terms, the Court enters the following order:

1. That Plaintiff's counsel and the experts for both parties are allowed remote access to the following categories of data electronically stored in CMPD's Internal Affairs Case Management System: (IACMS) Use of Force Reports electronically stored in CMPD's Internal Affairs Case Management System (IACMS) dating back to 2005 or whenever reports were first stored electronically; Rule of Conduct investigations electronically stored in IACMS related to Excessive Force dating back to 2005 or whenever the investigations were first stored electronically; the investigations concerning Officer Involved Shootings electronically stored in

IACMS dating back to 2005 or whenever the investigations were first stored electronically; and electronic data relating to use of force that is captured in CMPD's Early Intervention System.

    2.    The terms and conditions of this Court's previous Protective Order (Doc. No. 20) are incorporated herein.

    3.    This Order is without prejudice to Plaintiff's right to seek access to additional data maintained by Defendant City in the IACMS and EIS systems which Plaintiff contends is discoverable through the filing of an appropriate Motion to Compel.

**SO ORDERED.**

Signed: May 7, 2015

Graham C. Mullen
United States District Judge