IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL (Deceased), <br>                     Plaintiff, <br><br> vs. <br><br> CITY OF CHARLOTTE, COUNTY OF MECKLENBURG, RANDALL W. KERRICK, both individually and in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department, and RODNEY A. MONROE, in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department, <br>                     Defendants. | 3:14-cv-00047-GCM |

**STIPULATION OF DISMISSAL**

It is stipulated by Plaintiff, GEORGIA FERRELL, as Administratrix of the Estate of JONATHAN A.P. FERRELL (Deceased), and Defendants, CITY OF CHARLOTTE,, RANDALL W. KERRICK, both individually and in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department, and RODNEY A. MONROE, in his official capacity as a law enforcement officer with the Charlotte-Mecklenburg Police Department, that all claims pending in this action be voluntarily dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own costs, including attorneys' fees.

This the 21st day of May, 2015.

/s/ Charles G. Monnett III
_____
Charles G. Monnett III
Attorney for Plaintiff
**CHARLES G. MONNETT III & ASSOCIATES**
6842 Morrison Blvd, Suite 100
Charlotte, North Carolina  28211
Email: cmonnett@carolinalaw.com
P:     (704) 376-1911
F:     (704) 376-1921
NC State Bar No. 11230

_/s/ Mark H. Newbold_

Mark H. Newbold
Deputy City Attorney-Police
601 East Trade Street
Charlotte, N.C., 28202
P:      704-336-4977
F:      704-336-4107
mnewbold@cmpd.org
Attorney for Defendants City of Charlotte and Chief
Rodney Monroe


_/s/ Daniel E. Peterson_

Daniel E. Peterson
Assistant City Attorney
600 East Fourth Street
Charlotte N.C. 28202
P:      704-432-5397
F:      704-632- 8298
dpeterson@ci.charlotte.nc.us
Attorney for Defendants City of Charlotte and Chief
Rodney Monroe


_/s/ Robert McDonnell_

Robert McDonnell
212 South Tryon Street
Charlotte, N.C. 28281
P:      704-358-0600
F:      704-358-9098
rdmcdonn@bellsouth.net
Attorney for Defendant Kerrick

-2-

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that the foregoing pleading or other document was filed electronically using CM/ECF which will send notification of such filing to counsel for each of the following parties:

Mark H. Newbold
Deputy City Attorney-Police
601 East Trade Street
Charlotte, N.C., 28202
P:     704-336-4977
F:     704-336-4107
mnewbold@cmpd.org
Attorney for Defendants City of Charlotte
and Chief Rodney Monroe

Robert McDonnell
212 South Tryon Street
Charlotte, N.C. 28281
P:     704-358-0600
F:     704-358-9098
rdmcdonn@bellsouth.net
Attorney for Defendant Kerrick

Daniel E. Peterson
Assistant City Attorney
600 East Fourth Street
Charlotte N.C. 28202
P:     704-432-5397
F:     704-632- 8298
dpeterson@ci.charlotte.nc.us
Attorney for Defendants City of Charlotte
and Chief Rodney Monroe

        This the 21st day of May, 2015.

/s/  *Charles G. Monnett III*

Charles G. Monnett III
Attorney for Plaintiff
**CHARLES G. MONNETT III & ASSOCIATES**
6842 Morrison Blvd, Suite 100
Charlotte, North Carolina  28211
Email: cmonnett@carolinalaw.com
P:     (704) 376-1911
F:     (704) 376-1921
NC State Bar No. 11230

-3-